IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JORDAN THOM**                                                               **PLAINTIFF**

**v.**                                **CIVIL ACTION NO.: 1:25-cv-13-TBM-RPM**

**WEST PHYSICS CONSULTING, LLC**                      **DEFENDANT**

### NOTICE OF APPEARANCE

**COMES NOW**, Jane Ashley Watson, WATSON & NORRIS, PLLC, 1501 Jackson Avenue W. STE 113, PMB 101, Oxford, MS 38655, (601) 968-0000, and gives notice of her appearance as counsel for Plaintiff.

THIS, the 27th day of January, 2025.

                                               Respectfully submitted,

                                               /s Jane Ashley Watson
                                               JANE ASHLEY WATSON(MSB#106877)
                                               Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1501 Jackson Avenue W. STE 113 PMB 101
Oxford, MS 38655
Phone: (601) 968-0000
Facsimile: (601) 968-0010

## **CERTIFICATE OF SERVICE**

I, Jane Ashley Watson, attorney for Plaintiff do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, on all counsel of record.

THIS, the 27th day of January, 2025.

/s/Jane Ashley Watson
JANE ASHLEY WATSON