IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JORDAN THOM**                                                             **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 1:25-CV-13-TBM-RPM**

**WEST PHYSICS CONSULTING, LLC**                             **DEFENDANT**

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

      **COMES NOW** Defendant, West Physics Consulting, LLC, pursuant to L.U.Civ.R. 7(c), and submits this Corporate Disclosure Statement stating as follows:

1.     West Physics Consulting, LLC's parent company is LNC Physics Holdings LLC.

                                Respectfully submitted, this the 5th day of March, 2025.

                                **WEST PHYSICS CONSULTING, LLC**

                                **By:**     */s/ Martin J. Regimbal*
                                               **MARTIN J. REGIMBAL (MS Bar No. 102507)**
                                               **THE KULLMAN FIRM**
                                               **A PROFESSIONAL LAW CORPORATION**
                                               410 Main Street
                                               Columbus, MS 39701
                                               Post Office Box 827
                                               Columbus, MS   39703-0827
                                               Tel.:  (662) 244-8825
                                               Fax:  (662) 244-8837
                                               mjr@kullmanlaw.com

                                               *Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Louis H. Watson, Jr.
Nick Norris
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, Mississippi 39232-9212
Tel.:  (601) 968-0000
Fax:  (601) 968-0010
Email:  louis@watsonnorris.com
           nick@watsonnorris.com

*Attorneys for Plaintiff*

**THIS**, the 5th day of March, 2025.

>          */s/ Martin J. Regimbal*
>          **MARTIN J. REGIMBAL**

4932-2504-0163, v. 4