## SECOND DECLARATION OF SANDY BOERSTLER

Pursuant to 28 U.S.C. §1746, Sandy Boerstler states as follows:

1. My name is Sandy Boerstler. I am the Director of Human Resources for West Physics Consulting, LLC ("West Physics").

2. In this role, I work in Atlanta, Georgia, at West Physics' corporate office and principal place of business, 3825 Paces Walk SE, Suite 250, Atlanta, Georgia 30339.

3. I am competent to testify to all of the facts stated in this Declaration through personal knowledge and/or my review of company records kept in the ordinary course of business.

4. During Plaintiff Jordan Thom's ("Ms. Thom") employment with West Physics, she was the only employee of West Physics located in Mississippi.

I hereby declare under penalty of perjury, this the 20th day of March, 2025, that the foregoing is true and correct.

_Sandy Boerstler_
SANDY BOERSTLER

1

**EXHIBIT 2**