**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JORDAN THOM**                                                                      **PLAINTIFF**

**v.**                        **CIVIL ACTION NO.: 1:25-cv-13-TBM-RPM**

**WEST PHYSICS CONSULTING, LLC**                      **DEFENDANT**

### PLAINTIFF'S SUPPLEMENTAL EVIDENTIARY MATERIALS

COMES NOW, Plaintiff in the above numbered and styled cause, and files her Supplemental Evidentiary Materials in Support of her Response in Opposition to Defendant's Motion to Transfer Venue. In support thereof, Plaintiff submits the following supplemental evidentiary materials:

1.     Exhibit A – selected contents of EEOC File previously submitted as [Doc. 11-1].

2.     Exhibit B – Affidavit of Jordan Thom with attached Exhibit 1 – Chart – West Physics Technical Regions.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully submits the above-referenced supplemental evidentiary materials.

THIS, the 28th day of April, 2025.

                                                     Respectfully submitted,
                                                     <u>/s Louis H. Watson, Jr.</u>
                                                     LOUIS H. WATSON, JR. (MSB# 9053)

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Phone: (601) 968-0000
Facsimile: (601) 968-0010
louis@watsonnorris.com

## **CERTIFICATE OF SERVICE**

    I, LOUIS H. WATSON, JR., attorney for Plaintiff, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to all counsel of record.

    THIS, the 28th day of April, 2025.

                                           /s Louis H. Watson, Jr.
                                           LOUIS H. WATSON, JR.